**THE**
# UNITED STATES DISTRICT COURT
FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division



FILED BY _____ D.C.

AUG 27 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Lamont Collins

### Plaintiff

City of Miami "City"; Officer Kenneth Lewis; Officer Wandler Philippe; Doubletree Grand
Hotel "DTGH".

### Defendant(s)

cc:     City of Miami Mayor Francis Suarez: fsuarez@miamigov.com
        City of Miami Attorney Victoria Mendez: law@miamigov.com

### ¹NOTICE OF CLAIM

<u>Claim in writing</u>: Plaintiff brings This Claim in Writing, prior to filing Civil Suit against The
City of Miami "City",

1a.    RELATED TO THE CITY OF MIAMI:
       The Plaintiff seeks monetary damages in excess of $200,000 for pattern/custom of City of
Miami Police Internal Affairs Investigations that validate Officer violations of Departmental
Policy, and The Constitutional Rights of Plaintiff (Citizens). Plaintiff also seeks damages for
Defendant 'City' lack of Supervision/Training of Officers.

1b.    Related to The City of Miami, Plaintiff is suing City of Miami Police Department
Officers Kenneth Lewis and Wandler Philippe in their Official Capacities as City of Miami Law
Enforcement Officers and seeks monetary damages in an excess amount of $200,000 for illegal
detainment, and false arrest under The Fourth Amendment, and violation of his Equal Protection
and Due Process Rights under The Fourteenth Amendment.

1c.    A Copy of Complaint to be filed is attached without attachments/EXHIBITS.

2.     A Notice and Paper has been served by certified mail upon: The Florida Department of
Financial Services, The Mayor of Miami Frances Suarez.

¹Footnotes are to be read as part of the sentence, and are hereby attached to and incorporated herein.



By:

Lamont Collins, born in Louisville, KY 40203.
Claimant Social Security as required by FLA.STAT: 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
Claimant Contact: deshawn_collins@yahoo.com


**NOTICE OF SERVICE:**
I hereby certify This Document in its entirety, as well as The Attachments, have been sent by certified mail or e-mail where e-mail addresses are indicated on attached Service List; Pursuant to Florida State Statute 768.28 (7).


**SERVICE LIST:**

City of Miami Mayor Francis Suarez
3500 Pan American Drive
Miami, Florida 33133
fsuarez@miamigov.com

City of Miami Attorney
Victoria Mendez
444 S.W. 2nd Avenue, Suite 945
Miami, Florida 33130
law@miamigov.com

Service of Process: Jimmy Patronis
Florida Department of Financial Services
200 East Gains Street
Tallahassee, Florida 32399-0307